**Exhibit A**

Table of Last-Observed Infringements by Defendants of Metro Media Entertainment's Copyright in the Motion Picture "My Baby Got Back! 44," Copyright Reg. No. PA0001631709

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 173.168.137.200 | 2011-12-10 14:25:00 -0500 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 2 | 173.171.228.107 | 2011-12-09 21:14:51 -0500 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 3 | 173.65.95.107 | 2011-11-22 02:52:20 -0500 | Verizon Internet Services | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 4 | 173.78.32.51 | 2011-10-13 15:10:27 -0400 | Verizon Internet Services | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 5 | 173.78.91.96 | 2011-11-24 10:42:43 -0500 | Verizon Internet Services | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 6 | 216.186.248.194 | 2011-12-12 20:46:42 -0500 | Knology | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 7 | 24.129.127.90 | 2011-10-01 15:08:06 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 8 | 24.129.74.229 | 2011-10-24 07:48:00 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 9 | 24.26.2.9 | 2011-11-08 22:38:50 -0500 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 10 | 24.26.20.222 | 2011-10-28 23:10:57 -0400 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 11 | 24.96.201.48 | 2011-12-10 15:10:57 -0500 | Knology | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 12 | 50.128.141.133 | 2011-10-27 14:08:56 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 13 | 65.34.117.52 | 2011-10-05 02:03:49 -0400 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 14 | 66.176.117.248 | 2011-10-29 05:22:55 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 15 | 66.176.38.182 | 2011-10-03 12:48:24 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 16 | 66.229.106.63 | 2011-10-10 13:25:25 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 17 | 66.229.167.207 | 2011-10-20 16:48:09 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 18 | 66.229.246.54 | 2011-10-06 22:01:49 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 19 | 66.229.90.231 | 2011-10-21 17:26:35 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 20 | 67.8.10.246 | 2011-11-21 21:01:05 -0500 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 21 | 68.59.168.235 | 2011-10-23 01:46:16 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 22 | 68.59.78.100 | 2011-10-29 04:00:10 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 23 | 70.188.241.79 | 2011-11-05 21:09:34 -0400 | COX COMMUNICATIONS | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 24 | 70.188.251.113 | 2011-10-07 21:00:03 -0400 | COX COMMUNICATIONS | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 25 | 70.191.240.10 | 2011-12-13 00:46:15 -0500 | COX COMMUNICATIONS | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 26 | 71.196.23.44 | 2011-10-01 19:45:32 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 27 | 71.196.58.76 | 2011-10-13 02:28:33 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |

| Doe 28 | 71.196.97.246 | 2011-10-23 21:07:16 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 72.185.104.92 | 2011-11-26 15:10:41 -0500 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 30 | 72.185.150.198 | 2011-11-22 22:21:49 -0500 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 31 | 72.187.105.143 | 2011-10-24 20:06:54 -0400 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 32 | 72.216.40.250 | 2011-10-20 20:57:55 -0400 | COX COMMUNICATIONS | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 33 | 72.216.58.15 | 2011-12-02 20:41:38 -0500 | COX COMMUNICATIONS | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 34 | 75.74.147.243 | 2011-10-29 03:21:10 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 35 | 76.101.16.63 | 2011-10-17 19:33:15 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 36 | 76.106.223.108 | 2011-10-28 02:25:18 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 37 | 76.108.100.213 | 2011-10-20 13:58:53 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 38 | 76.108.53.222 | 2011-10-26 01:52:45 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 39 | 76.108.88.152 | 2011-10-20 14:37:36 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 40 | 76.109.15.40 | 2011-10-12 02:01:48 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 41 | 76.109.248.94 | 2011-10-25 19:52:01 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 42 | 76.122.61.95 | 2011-10-22 14:51:55 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 43 | 96.243.142.215 | 2011-11-05 20:12:37 -0400 | Verizon Internet Services | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 44 | 96.243.146.91 | 2011-12-06 15:12:21 -0500 | Verizon Internet Services | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 45 | 96.254.227.164 | 2011-11-26 23:11:10 -0500 | Verizon Internet Services | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 46 | 97.102.139.18 | 2011-10-02 01:10:41 -0400 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 47 | 97.103.94.41 | 2011-10-24 11:06:06 -0400 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 48 | 97.79.124.238 | 2011-10-16 09:25:14 -0400 | Road Runner | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 49 | 98.170.206.68 | 2011-10-04 21:09:30 -0400 | COX COMMUNICATIONS | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 50 | 98.203.38.72 | 2011-10-26 14:02:26 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 51 | 98.203.88.68 | 2011-10-28 22:36:35 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 52 | 98.224.63.231 | 2011-10-07 03:09:25 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 53 | 98.244.225.164 | 2011-10-26 13:05:43 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 54 | 98.249.216.238 | 2011-10-13 02:34:44 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 55 | 98.254.213.137 | 2011-10-18 13:41:49 -0400 | Comcast Cable | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |
| Doe 56 | 99.206.84.11 | 2011-11-21 16:26:17 -0500 | Sprint PCS | BitTorrent | bf882c371798b0e50824e0dc103157e1a9703ed4 |